UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

December 11, 2000

MEMORANDUM TO COUNSEL RE:   Ali Reza Fatemi, et al. v.
Michael E. Hickey, et al.
Civil #L-00-1935

Dear Counsel:

Pursuant to this Court's Scheduling Order of July 20, 2000, a status report was due on December 1, 2000. To date, no report has been filed. Counsel shall submit the report on or before December 22, 2000.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court File