UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

January 3, 2001

MEMORANDUM TO COUNSEL RE:   Ali Reza Fatemi v.
The Board of Education, etc., et al..
Civil #L-00-1935

Dear Counsel:

    I understand from counsel that the parties are in agreement for me to refer this case to a United States Magistrate Judge for a settlement conference and for all further proceedings. Plaintiff's counsel is requested to please sign the enclosed form referring this case for all further proceedings and to forward it onto defense counsel for his signature. Defense counsel is requested to return this form to me.

    In the meantime, I have signed an Order referring this case to a Magistrate Judge for a settlement conference.

Very truly yours,

Benson Everett Legg

Enclosures
c:    (w/enclosures)
      The Honorable Paul W. Grimm
      Court File

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ALI REZA FATEMI | * | |
| **Plaintiff** | * | |
| vs. | * | Civil No.: L-00-1935 |
| | * | |
| THE BOARD OF EDUCATION OF HOWARD COUNTY PUBLIC SCHOOL SYSTEM, et al. | * | |
| | ****** | |
| **Defendants** | | |

## GENERAL CONSENT TO PROCEED
## BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C. § 636(c), the parties to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a United States District Judge and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

_____   Date: _____

_____   Date: _____

## ORDER OF REFERENCE

IT IS HEREBY **ORDERED** this _____ day of _____, 2000, that the above-captioned matter be referred to United States Magistrate Judge _____, for all proceedings and the entry of judgment in accordance with Title 28 U.S.C. § 636(c) and the foregoing consent of the parties.

_____
Benson Everett Legg
United States District Judge