UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4560
(410) 962-3630 FAX

January 26, 2001

Anthony Fatemi, Esquire
6701 Democracy Boulevard, Suite 300
Bethesda, Maryland 20817

Jeffrey A. Krew, Esquire
10715 Charter Drive, Suite 260
Columbia, Maryland 21044

RE:   Ali Fatemi v. The Bd of Education of Howard County
      Civil Action No.: L-00-1935

Dear Counsel:

   The above referenced case has been referred to me for all proceedings, with consent of the parties, pursuant to 28 U.S.C. § 636(c) on January 10, 2001. I am therefore scheduling a Telephonic Status/Scheduling Conference for Friday, March 2, 2001 at 2:00 p.m. I would appreciate it if counsel for the plaintiff, Anthony Fatemi, would initiate the conference call to my chambers and Jeffrey A. Krew.

   Thank you in advance for your anticipated cooperation.

                                        Very truly yours,

                                        Paul W. Grimm
                                        United States Magistrate Judge

cc:   Court File
      The Honorable Benson E. Legg
      The Honorable James K. Bredar