IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**(NORTHERN DIVISION)**

FILED LODGED ENTERED RECEIVED

FEB 0 5 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| ALI REZA FATEMI | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| | ) | Civil Action |
| | ) | No. L-00-1935 |
| vs. | ) | |
| | ) | |
| | ) | |
| THE BOARD OF EDUCATION OF | ) | |
| HOWARD COUNTY PUBLIC | ) | |
| SCHOOL SYSTEM, et, al. | ) | |
| | ) | |
| Defendants | ) | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

# STIPULATION OF DISMISSAL

ANTHONY A. FATEMI
Attorney at Law
Suite 300
6701 Democracy Blvd.
Bethesda, MD 20817

Phone: (301) 571-9350
Fax: (301) 571-9347
e-mail: afatemi@ix.netcom.com

The plaintiffs, by their undersigned attorney, stipulate to the dismissal of this

case, with prejudice:

**APPROVED:** _____

PAUL W. GRIMM
U. S. MAGISTRATE JUDGE

_____

Anthony A. Fatemi
Attorney for plaintiffs
Federal Bat No. 14468
6701 Democracy Blvd., Suite 300
Bethesda, Maryland 20817
Phone: 301/571-9350
Fax:    301/571-9347
Email: afatemi@ix.netcom.com

1

Jeffery A. Krew
**Attorney for Defendants**
**10715 Charter Drive, suite 260**
**Columbia, Maryland 21044**
Phone:        410/997-6900
Fax:          410/997-4445
Email: jkrew@krewlaw.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of January 2001, a copy of the foregoing stipulation of Dismissal was mailed, postage prepaid, to Jeffery A. Krew, Esquire, 10715 charter Drive, Suite 260, Columbia, MD 21044.

Anthony A. Fatemi

ANTHONY A. FATEMI
Attorney at Law
Suite 300
6701 Democracy Blvd.
Bethesda, MD 20817

Phone: (301) 571-9350
Fax:  (301) 571-9347
e-mail: afatemi@ix.netcom.com

2